# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Castel, P .Kevin | S.D.N.Y. | 07/7/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
500 Pearl Street
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director (ex officio as former president) | St. John's School of Law, Alumni Association (uncompensated) |
| 2. | Trustee (ex officio as former president) | Federal Bar Council (uncompensated) |
| 3. | Board of Managers | Havens Relief Fund Society (uncompensated) |
| 4. | Adjunct Professor | NYU School of Law (compensated) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 10/27/03 | Cahill Gordon & Reindel LLP agreement in connection with withdrawal from firm. (Copy of agreement filed with 2006 FDR and those of prior years.) |
| 2. | 3/4/13 | Cahill Gordon & Reindel LLP renouncement of all future payments. (Copy filed with 2012 FDR.) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/7/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | NYU School of Law-teaching | $26,995.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/7/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brk Act #1 Fidelity Capital Apprec'n Mutual Fd [FDCAX] | C | Dividend | N | T | | | | | |
| 2. Brk Act #1Fidelity Cash Reserves [FDRXX] | A | Dividend | O | T | | | | | |
| 3. Brk Act #1 Fidelity Asset Manager Mutual Fd [FASGX] | C | Dividend | N | T | | | | | |
| 4. Brk Act #1 Fidelity Aggressive Growth Mutual Fd [FAMRX] | A | Dividend | N | T | | | | | |
| 5. Brk Act #1 Fidelity Balanced [FBALX] | A | Dividend | N | T | | | | | |
| 6. Brk Act #1 [Ishares TIPS Bond ETF][Part VIII] | A | Dividend | J | T | | | | | |
| 7. Brk Act #4 First Eagle Overseas Fund Class A | A | Dividend | J | T | | | | | |
| 8. Brk Act #4 LM [SB] Appreciation Fd CL A | B | Dividend | M | T | | | | | |
| 9. Brk Act #4 LM [SB] Large Cap Grwth FD CL A | A | Dividend | M | T | | | | | |
| 10. Brk Act #4 Morgan Stanley NY Muni Money Mkt Fd CL A | A | Interest | P1 | T | | | | | |
| 11. Brk Act #4 VFH | A | Dividend | J | T | | | | | |
| 12. Brk Act#4 NYC Trans Fin 4/15 | B | Interest | | | Redeemed | 11/02/15 | K | A | |
| 13. Brk Act #4 NYC GO Ser O 5/17 [15] | A | Interest | | | Redeemed | 06/01/15 | K | A | |
| 14. Brk Act #4 NYC GO Ser O 5/17 [15] | A | Interest | | | Redeemed | 06/01/15 | J | A | |
| 15. Brk Act #4 NYS Thru H & B 5/18[15] | B | Interest | | | Redeemed | 10/01/15 | K | A | |
| 16. Brk Act #4 NYS Thru H & B 5/18[15] | A | Interest | | | Redeemed | 10/01/15 | J | A | |
| 17. Brk Act #4 NYC GO Ser A1 5/18[17] | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brk Act #4 New York NY City HSG Dev Corp MultiFam 5.35/18 | C | Interest | L | T | | | | | |
| 19. Brk Act #4 LIPA NY Elec Sys Ser E 5/18 | B | Interest | L | T | | | | | |
| 20. Brk Act #4 NYS Thruway Au Gen Rev Ser H 5/19 | B | Interest | L | T | | | | | |
| 21. Brk Act #4 NJ Econ Dev Ser O 5/19 | B | Interest | | | Redeemed | 03/02/15 | L | A | |
| 22. Brk Act #4 PR Muni Ser C 5.25/19 | C | Interest | L | T | | | | | |
| 23. Brk Act #4 NYC TFA Ser A1 5/19 [16] | B | Interest | L | T | | | | | |
| 24. Brk Act #4 PR Sales Tax 4.625/19 | C | Interest | | | Redeemed | 12/29/15 | K | A | |
| 25. Brk Act #4 NJ Trans 5/19 [15] (Part VIII) | B | Interest | | | Redeemed | 06/15/15 | L | A | |
| 26. Brk Act #4 Metro T SPTN Au NY TSPN REV SER A A5/20 | B | Interest | | | Redeemed | 11/16/15 | K | A | |
| 27. Brk Act #4 NYC GO Ser A 5/20[16] | C | Interest | M | T | | | | | |
| 28. Brk Act #4 LIPA Ser E 5/20 [16] | B | Interest | L | T | | | | | |
| 29. Brk Act #4 Lacey Township NJ BRD ED SCH 3.25/20[19] | B | Interest | K | T | | | | | |
| 30. Brk Act #4 NJ ST TFA Ser D 5/20[15] | B | Interest | | | Redeemed | 06/15/15 | K | A | |
| 31. Brk Act #4 NY St Dorm 5/21[15] | C | Interest | M | T | | | | | |
| 32. Brk Act #4 NJ High Ed 4.5/21 | A | Interest | K | T | Redeemed (part) | 07/06/15 | J | A | |
| 33. Brk Act #4 NY Gen Oblig BDS-G1 5.5/21 | B | Interest | K | T | | | | | |
| 34. Brk Act #4 NYS Pers Inc Tax 5/21[16] | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/7/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brk Act #4 New York NY Ser A CIFG TCRS 5/21 | C | Interest | | | Redeemed | 09/14/15 | L | A | |
| 36. Brk Act #4 NJ Econ DVA Rev Sch Fac 4.5/22 | B | Interest | K | T | | | | | |
| 37. Brk Act #4 New York City G/O Ser A 5/22 | B | Interest | L | T | | | | | |
| 38. Brk Act #4 Monroe Cnty IDA 5/22 | B | Interest | | | Redeemed | 10/26/15 | K | A | |
| 39. Brk Act #4 Port Auth NY NJ Cons Rev 5/22[15] | B | Interest | | | Redeemed | 06/01/15 | K | A | |
| 40. Brk Act #4 NJ Econ Dev Ref-EE 5.25/22 | B | Interest | K | T | Buy | 01/29/15 | K | | |
| 41. Brk Act #4 NJ Econ Dev Ref-EE 5.25/22 | A | Interest | K | T | Buy | 01/29/15 | K | | |
| 42. Brk Act #4 NJ Trans 5.25/23 | B | Interest | K | T | | | | | |
| 43. Brk Act #4 NJ State Trans 5.25/23 | C | Interest | L | T | | | | | |
| 44. Brk Act #4 NJ Economic Dev Au Sch Constr Ser O 5.25/23 | B | Interest | | | Redeemed | 03/02/15 | L | A | |
| 45. Brk Act #4 PR Elec Pwr Rev RFDG Ser PP 5/23 | B | Interest | | | Redeemed | 12/29/15 | K | A | |
| 46. Brk Act #4 NY Gen Oblig BDS E 6/23 | B | Interest | K | T | | | | | |
| 47. Brk Act #4 NY Gen Oblig BDS E 6/23 | A | Interest | K | T | Spinoff (from line 46) | 04/02/15 | K | | |
| 48. Brk Act #4 Triborough Bridge & T Au Ser D 5/23 | B | Interest | K | T | | | | | |
| 49. Brk Act #4 Triborough Bridge & T Au Ser D 5/23 | A | Interest | K | T | | | | | |
| 50. Brk Act #4 PR Elec Pwr Ref - PP 5/23 | B | Interest | K | T | Buy | 12/29/15 | K | | |
| 51. Brk Act #4 NJ Econ Dev 5.25/24 [15] (Part VIII) | A | Interest | | | Redeemed | 03/02/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/7/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brk Act #4 NJ State Trans 5/24 | C | Interest | L | T | | | | | |
| 53. Brk Act #4 Illinois St. G/O 5/24 | B | Interest | K | T | Buy | 02/13/15 | K | | |
| 54. Brk Act #4 PR Elec 4.625/25 | A | Interest | | | Redeemed | 12/29/15 | J | A | |
| 55. Brk Act #4 NYS Thwy Au 2d HWY & BDG 5/25 | C | Interest | | | Redeemed | 10/01/15 | L | A | |
| 56. Brk Act #4 NYS Thwy Au 2d HWY & BDG 5/25 | A | Interest | | | Redeemed | 10/01/15 | J | A | |
| 57. Brk Act #4 NYC MWA Wtr & Swr Rev Ser C 5/25 | C | Interest | | | Redeemed | 06/15/15 | L | A | |
| 58. Brk Act #4 Port Auth NY&NJ Con Ser153 4.5/25 | B | Interest | L | T | | | | | |
| 59. Brk Act #4 NJ EDA Sch Facs Ser EE 5.25/25 | C | Interest | L | T | | | | | |
| 60. Brk Act #4 NJ TFA Rev Ser B 5.25/25 | C | Interest | L | T | | | | | |
| 61. Brk Act #4 NJ Econ Dev Auth Sch Facs Const Ref-NN 5/26 | B | Interest | L | T | | | | | |
| 62. Brk Act #4 NJ Econ Dev Auth School 5.25/26 | D | Interest | M | T | | | | | |
| 63. Brk Act #4 NJ St. Trans Auth Ser - A 0/26 | A | Interest | L | T | Buy | 03/19/15 | L | | |
| 64. Brk Act #4 NY NY 5/28 | B | Interest | L | T | | | | | |
| 65. Brk Act #4NJ St Trans TR FD Auth Sys Ser A 5.625/28 | C | Interest | L | T | | | | | |
| 66. Brk Act #4 NY NY IDA Rev AGC 6.125/29 | A | Interest | J | T | | | | | |
| 67. Brk Act #4 Port Auth NY NJ 140th Ser 5/29[15] | B | Interest | | | Redeemed | 06/01/15 | L | A | |
| 68. Brk Act #4 NJ St. Trans TRFD Sys - A 5.125/29 | C | Interest | L | T | Buy | 05/15/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/7/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Brk Act #4 NJ TFARev Ser B 5.25/36 | D | Interest | M | T | | | | | |
| 70. Brk Act #4 Ishares TR Dow Jones Select Div Index Fund | B | Dividend | K | T | | | | | |
| 71. Brk Act #4 New York G/O BD B/E Ser J 4/16 | C | Interest | M | T | | | | | |
| 72. Brk Act #4 NYS Dorm Au Rev Kaleida Hlth 4.25/18 | B | Interest | L | T | | | | | |
| 73. Brk Act #4 New York City G/O Ser A Subser A-1 5/19 | C | Interest | M | T | | | | | |
| 74. Brk Act #4 NYS Twy Rev A 5/20[15] | A | Interest | | | Redeemed | 03/16/15 | K | A | |
| 75. Brk Act #4 NYS Twy Rev A 5/20[15] | B | Interest | | | Redeemed | 03/16/15 | K | A | |
| 76. Brk Act #4 Port Au NY & NJ 4.5/25 | C | Interest | L | T | | | | | |
| 77. Brk Act #4 ADP | A | Dividend | J | T | | | | | |
| 78. Brk Act #4 CDK | A | Dividend | J | T | | | | | |
| 79. Brk Act #4 BR | A | Dividend | J | T | | | | | |
| 80. Brk Act #4 BBY | A | Dividend | J | T | | | | | |
| 81. Brk Act #4 IBM | A | Dividend | J | T | | | | | |
| 82. Brk Act #4 KMB | A | Dividend | J | T | | | | | |
| 83. Brk Act #4 HYH | | None | J | T | | | | | |
| 84. Brk Act #4 KSS | A | Dividend | J | T | | | | | |
| 85. Brk Act #4 MDT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/7/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Brk Act #4 MSFT | A | Dividend | J | T | | | | | |
| 87. Brk Act #4 WMT | A | Dividend | J | T | | | | | |
| 88. Brk Act #4 WBA | A | Dividend | J | T | | | | | |
| 89. Brk Act #4 VIG | B | Dividend | L | T | | | | | |
| 90. Brk Act #7 Bank Dep. Prog. Morgan Stanley Bank, N.A. | A | Interest | L | T | | | | | |
| 91. Brk Act # 7 PWC | A | Dividend | K | T | | | | | |
| 92. Brk Act #7 RIT | A | Dividend | J | T | | | | | |
| 93. Brk Act #7 NYS Dev Corp Inc Tx 6.5/18 | B | Interest | K | T | | | | | |
| 94. Brk Act #9 Bank Dep Prog. Morgan Stanley Bank, N.A. | A | Interest | L | T | | | | | |
| 95. Brk Act #9 EEM | A | Dividend | K | T | | | | | |
| 96. Brk Act #9 PZI | A | Dividend | K | T | | | | | |
| 97. Brk Act #9 MFS Intl New Disc Fund C [MIDCX} | A | Dividend | K | T | | | | | |
| 98. Brk Act #9 New York City MWF Au W &S Ser D O CPN 0/18 | A | Interest | L | T | | | | | |
| 99. Brk Act #9 NYS G/O BDS-A 0/19 | A | Interest | K | T | | | | | |
| 100. Brk Act #9 PR Comm H & T 0/20 | A | Interest | K | T | | | | | |
| 101. Brk Act #9 XLF | A | Dividend | K | T | | | | | |
| 102. Brk Act #9 LIPA NY PWR 0/15 | A | Dividend | | | Redeemed | 06/01/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/7/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Brk Act #9 SPY | C | Dividend | M | T | | | | | |
| 104. Brk Act #9 VIG | B | Dividend | L | T | | | | | |
| 105. Brk Act #10 Bank Dep Prog. Morgan Stanley Bank, N.A. | A | Interest | J | T | Buy | 06/02/15 | O | | |
| 106. Brk Act #10 NJ Turnpike Auth Ser - H 5/20 | B | Interest | L | T | Buy | 10/13/15 | L | | |
| 107. Brk Act #10 NY St. Dorm Auth North Shore Rev A 5/21 | B | Interest | L | T | Buy | 06/05/15 | L | | |
| 108. Brk Act #10 Mass St. Dev Fin Agy Rev H 5/21 | B | Interest | L | T | Buy | 08/02/15 | L | | |
| 109. Brk Act #10 NJ Health Care Facs 5/21 | B | Interest | L | T | Buy | 07/02/15 | L | | |
| 110. Brk Act #10 St. of Louisiana Unclmd Ppty 5/21 | B | Interest | L | T | Buy | 08/19/15 | L | | |
| 111. Brk Act #10 Guam Govt Business Priv. Ser A 5/22 | B | Interest | L | T | Buy | 07/28/15 | L | | |
| 112. Brk Act #10 Delaware Riv Jt Toll Bridge 5/22 | B | Interest | L | T | Buy | 08/20/15 | L | | |
| 113. Brk Act #10 St. of Connecticut Health Facs 5/22 | B | Interest | L | T | Buy | 08/28/15 | L | | |
| 114. Brk Act #10 Piedmont Mun Pwr Agy 5/23 | B | Interest | L | T | Buy | 10/09/15 | L | | |
| 115. Brk Act #10 NJ Health Care Facs Fing Auth 5/23 | B | Interest | L | T | Buy | 06/24/15 | L | | |
| 116. Brk Act #10 Monmouth Cnty NJ Impt Auth Lease 5/23 | B | Interest | L | T | Buy | 08/20/15 | L | | |
| 117. Brk Act #10 Delaware Riv & Bay Auth Del Rev B 5/24 | B | Interest | L | T | Buy | 10/05/15 | L | | |
| 118. Brk Act #10 Moorestown Twp NJ School Dist 5/24 | B | Interest | L | T | Buy | 09/23/15 | L | | |
| 119. Brk Act #10 NJ Turnpike Auth Rev Ser B 5/26 | B | Interest | L | T | Buy | 07/01/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Brk Act #10 Metropolitan Trans Auth 5/26 | B | Interest | L | T | Buy | 07/24/15 | L | | |
| 121. Brk Act #10 Mercer Cnty NJ Impt Auth 5/27 | B | Interest | L | T | Buy | 08/13/15 | L | | |
| 122. Brk Act #10 Port Auth of NY & NJ Consld Rev 194 5/27 | B | Interest | L | T | Buy | 10/09/15 | L | | |
| 123. Brk Act #13 Fidelity Equity Inc[FEQIX] | D | Dividend | P1 | T | | | | | |
| 124. Brk Act #13 Fidelity Inter Bond [FTHRX] | B | Interest | N | T | | | | | |
| 125. Brk Act #13 Fidelity Capital Apprec [FDCAX] | B | Dividend | M | T | | | | | |
| 126. Brk Act #13 Fidelity Retire Mmkt[Cash Reserves] [FCRXX] | A | Interest | J | T | | | | | |
| 127. Bank Act #14 Chase Accounts | A | Interest | K | T | | | | | |
| 128. Brk Act #15 Fidelity Smart Account | A | Interest | J | T | | | | | |
| 129. Bank Act #16 TD Bank | | None | J | T | Buy | 12/1/15 | J | | |
| 130. Real Estate Long Island NY #1 | | None | M | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/7/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 6 of 2015 FDR  Brk Act #1 Ishares TIPS Bond ETF  inadvertently omitted from prior FDRs. Bought 1/9/13, Value Code K

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ P .Kevin Castel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544